Dill v State of New York (2025 NY Slip Op 05411)

Dill v State of New York

2025 NY Slip Op 05411

Decided on October 3, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 3, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., CURRAN, OGDEN, GREENWOOD, AND HANNAH, JJ.

734 CA 24-01403

[*1]JAMIE DILL, CLAIMANT-APPELLANT,
v
STATE OF NEW YORK, DEFENDANT-RESPONDENT. (CLAIM NO. 135192.) 

LIPSITZ GREEN SCIME CAMBRIA LLP, BUFFALO (JOHN A. COLLINS OF COUNSEL), FOR CLAIMANT-APPELLANT. 
LETITIA JAMES, ATTORNEY GENERAL, ALBANY (KEVIN C. HU OF COUNSEL), FOR DEFENDANT-RESPONDENT. 

 Appeal from an order of the Court of Claims (Stephanie Saunders, J.), entered July 17, 2024. The order, insofar as appealed from, denied the cross-motion of claimant for partial summary judgment. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: October 3, 2025
Ann Dillon Flynn
Clerk of the Court